**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-15036-DRC |
| | § | |
| MARK MESSNER | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 06/22/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/11/2012            By:  /s/ David E. Grochocinski
                                              (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-15036-DRC |
| | § | |
| MARK MESSNER | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,000.08
*and approved disbursements of*     $100.85
*leaving a balance on hand of[1]:*     $4,899.23

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,899.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $1,250.01 | $0.00 | $1,250.01 |
| David E. Grochocinski, Trustee Expenses | $21.34 | $0.00 | $21.34 |

Total to be paid for chapter 7 administrative expenses:     $1,271.35
Remaining balance:     $3,627.88

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Case 11-15036   Doc 34   Filed 05/14/12   Entered 05/16/12 23:39:33   Desc Imaged
                        Certificate of Notice    Page 3 of 6

|  | Remaining balance: | $3,627.88 |
|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,761.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | PYOD LLC ITS SUCCESSORS AS ASSIGNEE OF CITIBANK NA | $9,761.70 | $0.00 | $3,643.46 |

|  | Total to be paid to priority claims: | $3,643.46 |
|---|---:|---:|
|  | Remaining balance: | ($15.58) |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: NONE

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | ($15.58) |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | ($15.58) |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

**UST-Form 101-7-NFR (5/1/2011)**

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | ($15.58) |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Mark Andrew Messner  
    Debtor

Case No. 11-15036-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: lhatch    Page 1 of 2    Date Rcvd: May 14, 2012  
    Form ID: pdf006    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2012.
```
db          +Mark Andrew Messner,    427 W. Willow Street,    Lombard, IL 60148-2419
17107281    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17107282    +Cap One Na,    Attn: Bankruptcy,    Po Box 30273,    Salt Lake City, UT 84130-0273
17107283    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17107284     Citicorp Credit Services, Inc (USA),    Allianceone Receivables Management,    P.O.Box 3107,
              Southeastern, PA 19398-3107
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18678172    +E-mail/Text: resurgentbknotifications@resurgent.com May 15 2012 02:34:03
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 16, 2012**    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: lhatch              Page 2 of 2           Date Rcvd: May 14, 2012
                              Form ID: pdf006           Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2012 at the address(es) listed below:
          Alfredo J Garcia    on behalf of Debtor Mark Messner notice@ledfordwu.com, courtnotice@ledfordwu.com
          David E Grochocinski    dgrochocinski@ggl-law.com, deg@trustesolutions.net
          Orlando  Velazquez    on behalf of Debtor Mark Messner notice@ledfordwu.com, courtnotice@ledfordwu.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4