**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-15036-DRC |
| | § | |
| MARK MESSNER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $7,949.93 | Assets Exempt: | $23,200.00 |
| Total Distributions to Claimants: | $3,643.46 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,356.62 | | |

    3)    Total gross receipts of $5,000.08 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,000.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,356.62 | $1,356.62 | $1,356.62 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $9,761.70 | $9,761.70 | $3,643.46 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $0.00 | $0.00 | $0.00 |
| **Total Disbursements** | NA | $11,118.32 | $11,118.32 | $5,000.08 |

4). This case was originally filed under chapter 7 on 04/08/2011. The case was pending for -1335 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/10/2012         By:  /s/ David E. Grochocinski
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2006 HONDA RUCKUS SCOOTER | 1129-000 | $500.00 |
| CAMERA, ETC. | 1129-000 | $3,000.00 |
| HOUSEHOLD GOODS | 1129-000 | $1,000.00 |
| WHOLE LIFE POLICY | 1129-000 | $500.00 |
| Interest Earned | 1270-000 | $0.08 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.08** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,250.01 | $1,250.01 | $1,250.01 |
| David E. Grochocinski, Trustee | 2200-000 | NA | $21.34 | $21.34 | $21.34 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $4.38 | $4.38 | $4.38 |
| Green Bank | 2600-000 | NA | $5.89 | $5.89 | $5.89 |
| The Bank of New York Mellon | 2600-000 | NA | $75.00 | $75.00 | $75.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,356.62 | $1,356.62 | $1,356.62 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC ITS SUCCESSORS AS ASSIGNEE | 5200-000 | NA | $9,761.70 | $9,761.70 | $3,643.46 |

**UST Form 101-7-TDR (5/1/2011)**

|  |  |  |  |  |
|---|---|---|---|---|
| OF CITIBANK NA |  |  |  |  |
| **TOTAL PRIORITY UNSECURED CLAIMS** | $0.00 | $9,761.70 | $9,761.70 | $3,643.46 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 11-15036-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | MESSNER, MARK | Date Filed (f) or Converted (c): | 04/08/2011 (f) |
| For the Period Ending: | 8/10/2012 | §341(a) Meeting Date: | 06/21/2011 |
| | | Claims Bar Date: | 01/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 427 W WILLOW STREET, LOMBARD, IL | $209,500.00 | $0.00 | | $0.00 | FA |
| 2 | CASH | $2.00 | $0.00 | | $0.00 | FA |
| 3 | CHECKING | $280.00 | $0.00 | | $0.00 | FA |
| 4 | SAVINGS | $100.00 | $0.00 | | $0.00 | FA |
| 5 | HOUSEHOLD GOODS | $1,000.00 | $1,000.00 | | $1,000.00 | FA |
| 6 | FAMILY PICTURES | $100.00 | $0.00 | DA | $0.00 | FA |
| 7 | CLOTHING | $100.00 | $0.00 | | $0.00 | FA |
| 8 | CAMERA, ETC. | $3,000.00 | $3,000.00 | | $3,000.00 | FA |
| 9 | TERM LIFE POLICY | $0.00 | $0.00 | DA | $0.00 | FA |
| 10 | WHOLE LIFE POLICY | $4,003.93 | $50.00 | DA | $500.00 | FA |
| 11 | WAGES | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2010 FEDERAL AND STATE RETURN | $964.00 | $964.00 | DA | $0.00 | FA |
| 13 | 2005 HONDA ELEMENT | $8,300.00 | $2,282.00 | DA | $0.00 | FA |
| 14 | 2006 HONDA RUCKUS SCOOTER | $300.00 | $500.00 | DA | $500.00 | FA |
| INT | Interest Earned         (u) | Unknown | Unknown | | $0.08 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                              **Gross Value of Remaining Assets**

|  | $229,649.93 | $7,796.00 | | $5,000.08 | $0.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**
SOLD INTEREST IN PERSONAL PROPERTY TO DEBTORS; FINAL REPORT BEING PREPARED; WAITING FOR BAR DATE TO EXPIRE

**Initial Projected Date Of Final Report (TFR):** 12/30/2012    **Current Projected Date Of Final Report (TFR):** 12/30/2012    /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-15036-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MESSNER, MARK | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7532 | Money Market Acct #: | ******8665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 4/8/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2011 | | MARK MESSENR | SETTLEMENT PER OCT 21ST ORDER | * | $5,000.00 | | $5,000.00 |
| | {5} | | $1,000.00 | 1129-000 | | | $5,000.00 |
| | {8} | | $3,000.00 | 1129-000 | | | $5,000.00 |
| | {10} | | $500.00 | 1129-000 | | | $5,000.00 |
| | {14} | | $500.00 | 1129-000 | | | $5,000.00 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,975.00 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,975.04 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,950.04 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.04 | | $4,950.08 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $4,925.08 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $4,925.08 | $0.00 |
| | | | TOTALS: | | $5,000.08 | $5,000.08 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,925.08 | |
| | | | Subtotal | | $5,000.08 | $75.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,000.08 | $75.00 | |

| For the period of 4/8/2011 to 8/10/2012 | | For the entire history of the account between 11/28/2011 to 8/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.08 | Total Compensable Receipts: | $5,000.08 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.08 | Total Comp/Non Comp Receipts: | $5,000.08 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $75.00 | Total Compensable Disbursements: | $75.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75.00 | Total Comp/Non Comp Disbursements: | $75.00 |
| Total Internal/Transfer Disbursements: | $4,925.08 | Total Internal/Transfer Disbursements: | $4,925.08 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-15036-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MESSNER, MARK | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7532 | Checking Acct #: | ******8666 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 4/8/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 4/8/2011 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/28/2011 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-15036-DRC | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- |
| Case Name: | MESSNER, MARK | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7532 | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/8/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $4,925.08 | | $4,925.08 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Term: 2/1/12 to 2/01/13 | 2300-000 | | $4.38 | $4,920.70 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $5.89 | $4,914.81 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.18 | $4,906.63 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.40 | $4,899.23 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.90 | $4,891.33 |
| 06/22/2012 | | Green Bank | Bank service fee correction | 2600-000 | | ($7.90) | $4,899.23 |
| 06/22/2012 | 5002 | David E. Grochocinski | Trustee Expenses | 2200-000 | | $21.34 | $4,877.89 |
| 06/22/2012 | 5003 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,250.01 | $3,627.88 |
| 06/22/2012 | 5004 | PYOD LLC ITS SUCCESSORS AS ASSIGNEE OF CITIBANK NA | Distribution on Claim #: 1; | 5200-000 | | $3,619.98 | $7.90 |
| 06/30/2012 | | Green Bank | Bank Service Fee Correction for April | 2600-000 | | ($7.40) | $15.30 |
| 06/30/2012 | | Green Bank | Bank Service Fee Correction for March | 2600-000 | | ($8.18) | $23.48 |
| 07/03/2012 | 5004 | VOID: PYOD LLC ITS SUCCESSORS AS ASSIGNEE OF CITIBANK NA | | 5200-003 | | ($3,619.98) | $3,643.46 |
| 07/03/2012 | 5005 | PYOD LLC ITS SUCCESSORS AS ASSIGNEE OF CITIBANK NA | Distribution on Claim #: 1; | 5200-000 | | $3,643.46 | $0.00 |

SUBTOTALS    $4,925.08    $4,925.08

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-15036-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MESSNER, MARK | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7532 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/8/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | **TOTALS:** |  | $4,925.08 | $4,925.08 | $0.00 |
|  |  | **Less: Bank transfers/CDs** |  | $4,925.08 | $0.00 | |
|  |  | **Subtotal** |  | $0.00 | $4,925.08 | |
|  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  | **Net** |  | $0.00 | $4,925.08 | |

**For the period of 4/8/2011 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,925.08 |
| | |
| Total Compensable Disbursements: | $4,925.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,925.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2012 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,925.08 |
| | |
| Total Compensable Disbursements: | $4,925.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,925.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-15036-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | MESSNER, MARK | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7532 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/8/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/10/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,000.08 | $5,000.08 | $0.00 |

**For the period of 4/8/2011 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.08 |
| Total Internal/Transfer Receipts: | $4,925.08 |
| | |
| Total Compensable Disbursements: | $5,000.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.08 |
| Total Internal/Transfer Disbursements: | $4,925.08 |

**For the entire history of the case between 04/08/2011 to 8/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.08 |
| Total Internal/Transfer Receipts: | $4,925.08 |
| | |
| Total Compensable Disbursements: | $5,000.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.08 |
| Total Internal/Transfer Disbursements: | $4,925.08 |